## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-15-75-GF-BMM** |
| Plaintiff, | |
| vs. | |
| KALVIN JOSEPH GOBERT, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 22, 2020.  (Doc. 76.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 22, 2020. (Doc. 72.) The United States accused Gobert of violating his conditions of supervised release 1) by using methamphetamine and 2) by failing to complete his 180-term at the Great Falls Residential Re-Entry Center. (Doc. 70 at 2.)

At the revocation hearing, Gobert admitted that he had violated the conditions of his supervised release 1) by using methamphetamine and 2) by failing to complete his 180-term at the Great Falls Residential Re-Entry Center. (Doc. 72.) Judge Johnston found that the violations Gobert admitted proved to be serious and warranted revocation, and recommended that Gobert receive a custodial sentence of 4 months with 26 months of supervised release to follow. Gobert should serve the first 60 days of supervised release in a secure inpatient drug treatment facility, if he is eligible for such a facility. Gobert was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 72.)

The violations prove serious and warrant revocation of Gobert's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 76) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Kalvin Joseoph Gobert be sentenced to 4 months with 26 months of supervised release to follow. Gobert should serve the first 60 days of supervised release in a secure inpatient drug treatment facility, if he is eligible for such facility.

DATED this 7th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court